**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RAYMOND QUAGLIA | : No. 424 EAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| DAVID HATCHIGIAN AND BANK OF AMERICA | : |
| | : |
| | : |
| | : |
| PETITION OF: DAVID HATCHIGIAN | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.